MARYLAND CASUALTY COMPANY, Respondent, *v.* CENTRAL TRUST COMPANY, Rochester, N. Y., Appellant.

UNITED STATES OF AMERICA ex rel. MARYLAND CASUALTY COMPANY, Respondent, *v.* CENTRAL TRUST COMPANY, Rochester, N. Y., Appellant.

(Consolidated Actions.)

Submitted June 14, 1943; decided July 20, 1943.

*Ruben A. Dankoff* for motion.
*J. Paul Brennan* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.